# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# YOSEMITE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>CHRISTOPHER T. DEMORAES,<br><br>　　　Defendant. | Case No:       6:06-MJ-66<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING |

It is **HEREBY STIPULATED** by and between counsel for the parties herein that the Status Conference hearing currently scheduled for August 15, 2006 at 10:00 a.m. of the above-entitled court be, and is hereby continued to September 5, 2006 at 10:00 a.m.

Dated:     August 14, 2006            /s/ Marcus A. Torigian
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARCUS A. TORIGIAN
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Dated:     August 14, 2006            /s/ Elizabeth Waldow

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH WALDOW
　　　　　　　　　　　　　　　　　　　　　　　Legal Officer
　　　　　　　　　　　　　　　　　　　　　　　As authorized on 8/14/2006

IT IS SO ORDERED.

**Dated:    August 15, 2006**            **/s/  William M. Wunderlich**
mmkd34                                 UNITED STATES MAGISTRATE JUDGE