Marcus A. Torigian (169421)
Law Offices of Marcus A. Torigian
2117 Selma Street
Selma, California 93662
Tel:    (559) 898-0485
Fax:    (559) 898-0846

Attorney for <u>CHRISTOPHER T. DEMORAES</u>

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# YOSEMITE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>CHRISTOPHER T. DEMORAES,<br><br>　　　　　Defendant. | Case No:    6:06-MJ-66<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING |

It is **HEREBY STIPULATED** by and between counsel for the parties herein that the Status Conference hearing currently scheduled for September 5, 2006 at 10:00 a.m. of the above-entitled court be, and is hereby continued to September 19, 2006 at 10:00 a.m.

Dated:    September 1, 2006

/s/ Marcus A. Torigian
_____
MARCUS A. TORIGIAN
Attorney for Defendant

Dated:    September 1, 2006

/s/ Elizabeth Waldow
_____
ELIZABETH WALDOW
Legal Officer
As authorized on 9/1/2006

**ORDER**

1

2    It is so ordered.

3

4    Dated:        September ___, 2006

    _____
    The Hon. William M. Wunderlich
5    Magistrate Judge for the
    Eastern District of California IT IS SO
6    ORDERED.

7    Mmkd34**Dated:      September 5, 2006**
    _____**/s/  William M. Wunderlich**_____
    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15
. .                                                                                       .
16

17

18

19

20

21

22

23

24

25

26

27

28